UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PCPA, LLC,<br><br>    Plaintiff,<br><br>- against -<br><br>TMH OF AVON, LLC, TMH GALLIVAN, LLC, and RICHARD GALLIVAN,<br><br>    Defendants. | Case No.:<br><br><br><br><br><br>OCTOBER 27, 2014 |

**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff PCPA, LLC ("PCPA"), by and through its undersigned counsel, hereby moves this Court for the entry of a preliminary injunction against the defendants, TMH of Avon, LLC, TMH Gallivan, LLC, and Richard Gallivan (collectively, the "Defendants").

PCPA seeks the issuance of a preliminary injunction directed to the Defendants, their officers, directors, agents, servants, employees, attorneys, and all others in privity, concert, or participation with them or on their behalf, pending final adjudication on the merits:

a.   Enjoining them from operating the store located at 395 West Main Street, Avon, Connecticut 06001 (the "Store"), or any other business similar to the Store, within a five-mile radius of the Store and/or the development area of any Meat House franchisee, Meat House-owned or Meat House affiliate-owned franchised business, for a period of two years;

b.   Enjoining them from engaging in any activity constituting a direct or indirect infringement of The Meat House's proprietary and confidential information, including recipes, proprietary information, secret ingredients, specifications, procedures, concepts and methods and techniques of developing, marketing and operating franchised butcheries and other retail outlets

featuring retail meats, fine cheeses, wine (where laws allow), groceries, prepared foods, or other food and beverage products (collectively, the "TMH Trade Secrets");

      c.      Enjoining them from using the Confidential Operating Manual and all other trade secret and other confidential materials including customer lists;

      d.      Enjoining them from manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products which bear the trademark "The Meat House Premium Meats Locally Owned Est. 2003" (Federal Trademark Registration No. 3271682) and related trademarks and logos (collectively, the "TMH Marks"), the trade dress which includes certain logos, symbols, color schemes, patterns, and fonts, exterior signage, window signage, posters, banners, chalkboards, vehicle signage, menus, menu boards, millwork, wallpaper, awnings, patio umbrellas, flooring, décor, and product displays, packaging, and labeling ("collectively, the "TMH Trade Dress"), or any other mark or design element substantially similar or confusing thereto, including, without limitation, the Infringing Products, and engaging in any other activity constituting a direct or indirect infringement of any of Plaintiff's rights in the TMH Marks and the TMH Trade Dress;

      e.      Enjoining them from using any telephone numbers ever listed in connection with the former Meat House business at the Store's location;

      f.      Enjoining them from engaging in any acts or activities directly or indirectly calculated to trade upon The Meat House name or the reputation or goodwill of Plaintiff, or in any other manner to unfairly compete with Plaintiff, or to commit any other act or practice likely to deceive consumers, the public, and/or trade into believing that there is some connection between Defendants and Plaintiff, including without limitation, the use of designations and design elements associated with The Meat House or the TMH Trade Dress;

g. Requiring them, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon PCPA within 30 days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction; and

h. Requiring them to specifically perform the post-termination covenants contained in the parties' Area Development Agreement and Franchise Agreement.

In support of its motion for a preliminary injunction, Plaintiff has filed the accompanying Verified Complaint, Memorandum of Law, Declaration of David Bane, Declaration of Mark MacDaniel, and Declaration of Stephen Bojekian.

Dated: October 27, 2014  By: s/ Erik H. Beard
  Erik H. Beard, Esq. (ct26941)
  WIGGIN AND DANA LLP
  20 Church Street
  Hartford, Connecticut 06103
  Tel: (860) 297.3700
  Fax: (860) 525.9380
  ebeard@wiggin.com

  Ross H. Schmierer, Esq.
  Jesse C. Ehnert, Esq.
  *(pro hac vice application forthcoming)*
  PARIS, ACKERMAN & SCHMIERER, LLP
  103 Eisenhower Parkway
  Roseland, New Jersey 07068
  Tel.: (973) 228-6667
  Fax: (973) 629-1246
  ross@paslawfirm.com

Michael Einbinder, Esq.
Stephanie J. Blumstein, Esq.
(*pro hac vice application forthcoming*)
EINBINDER & DUNN, LLP
104 West 40th Street, 20th Floor
New York, New York 10018
Tel.: (212) 391-9500
Fax: (212) 391-9025
me@ed-lawfirm.com

*Counsel for Plaintiff*

## **CERTIFICATION OF SERVICE**

    I hereby certify that on the below date I caused a copy of this Motion for Preliminary Injunction to be served upon the named defendants by delivering, by hand delivery, to the following:

>TMH Gallivan, LLC
>c/o Paul Baccari, registered agent
>99 High Street
>Boston, MA 02110
>
>TMH of Avon, LLC
>c/o C T Corporation System, registered agent
>One Corporate Center
>Hartford, CT 06103
>
>Richard Gallivan
>25 Colonial Village
>Hampden, MA 01036

Dated: October 27, 2014        s/ Erik H. Beard
                                            ERIK H. BEARD, ESQ.