UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PCPA, LLC,<br><br>                                  Plaintiff,<br><br>  - against -<br><br>TMH OF AVON, LLC, TMH GALLIVAN, LLC, and RICHARD GALLIVAN,<br><br>                                  Defendants. | Case No.: |

**(PROPOSED) PRELIMINARY INJUNCTION**

This cause came to be heard on _____, on the Motion for Preliminary Injunction by PCPA, LLC ("PCPA") against defendants TMH of Avon, LLC d/b/a Avon Prime Meats, TMH Gallivan, LLC, and Richard Gallivan (collectively, the "Defendants"). At that hearing, the Court considered PCPA's Verified Complaint, the Declarations of David Bane and Mark MacDaniel, and PCPA's Memorandum of Law in support of the motion. The Court further conducted a hearing, heard evidence and the argument of counsel, and considered other written submissions of the parties.

The Court has made findings of fact and conclusions of law in this matter, which are set forth separately.

Therefore:

IT IS ORDERED that the Defendants, their officers, agents, employees, and attorneys, and all those persons or entities in active concert or participation with them are hereby enjoined from operating the store located at 395 West Main Street, Avon, Connecticut 06001, or any other business similar to the Store, for a two-year period after the termination of the Franchise

Agreement in a five-mile radius of the Store and/or the development area of any Meat House franchisee, Meat House-owned or Meat House affiliate-owned franchised business; and

    IT IS FURTHER ORDERED that the Defendants, their officers, agents, employees, and attorneys, and all those persons or entities in active concert or participation with them are hereby enjoined from:

        a. Engaging in any activity constituting a direct or indirect infringement of any of PCPA's rights in The Meat House franchise system, The Meat House trade secrets and all other intellectual property utilized in The Meat House franchise system; and

        b. Using the Confidential Operating Manual and all other trade secret and other confidential materials including customer lists; and

    IT IS FURTHER ORDERED that the Defendants, their officers, agents, employees, and attorneys, and all those persons or entities in active concert or participation with them are hereby enjoined from:

        a. Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products which bear The Meat House trade dress or any other mark or design element substantially similar or confusing thereto, including, without limitation, the signature food goods and products associated with The Meat House, including proprietary The Meat House marinades, meats marinated in proprietary The Meat House marinades and marinated steak tips, and engaging in any other activity constituting a direct or indirect infringement of any of PCPA's rights in The Meat House trade dress;

    b. Using any telephone numbers ever listed in connection with the former The Meat House franchise or The Meat House trade name; and

    c. Engaging in any acts or activities directly or indirectly calculated to trade upon The Meat House name or the reputation or goodwill of PCPA, or in any other manner to unfairly compete with PCPA, or to commit any other act or practice likely to deceive consumers, the public, and/or trade into believing that there is some connection between Defendants and PCPA, including without limitation, the use of designations and design elements associated with The Meat House or the Meat House trade dress; and

IT IS FURTHER ORDERED that the Defendants, pursuant to 15 U.S.C. § 1116(a), file with this Court and serve upon PCPA within 30 days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction; and

IT IS FURTHER ORDERED THAT the Defendants specifically perform the post-termination covenants contained in the parties' Area Development Agreement and Franchise Agreement; and

This Preliminary Injunction shall remain in full force and effect until the final judgment in this action or until modified by further order of the Court, whichever occurs first.

                                                              , U.S.D.J.